# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CAROL ANN CORONADO, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, <br><br> Respondent. | No. CV 18-06074-JGB (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition on the merits and dismissing this action with prejudice.

Date: July 18, 2019

JESUS G. BERNAL
United States District Judge